| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| RONDA RACCA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:22-CV-142 |
| | § | |
| EFG GENERAL PARTNER CORP., EDUCATION FUTURES MANAGEMENT COMPANY, EDUCATION FUTURES GROUP, LLC, COMPUTER CAREER CENTER, L.P. d/b/a Vista College, and JIM TOLBERT, | § § § § § § § | |
| | § | |
| Defendants, | § | |
| | § | |
| JIM TOLBERT, | § | |
| | § | |
| Defendant/Third-Party Plaintiff, | § | |
| | § | |
| versus | § | |
| | § | |
| PROSPECT PARTNERS, LLC, | § | |
| | § | |
| Third-Party Defendant. | § | |

## ACKNOWLEDGMENT OF DISMISSAL

The parties have filed a Stipulation of Dismissal (#106) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the parties' voluntary dismissal.  Each party shall bear its own costs of court and attorneys' fees.  All other pending motions are denied as moot.

SIGNED at Beaumont, Texas, this 3rd day of September, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE